**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 54 MAL 2023
:
Respondent   :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.   :
:
:
MICHAEL L. STRUNK,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner, is:

> Whether the Superior Court erred in affirming [Petitioner's] conviction for unlawful contact with a minor where the complainant testified that the sole verbal contact was in the first incident after any criminal offense was completed, and the Superior Court held that a step necessary for a greater sex offense constituted "contact," for purposes of the statute.